UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CLARA LEWIS BROCKINGTON, | ) | Civil Action No.: 4:16-CV-3326-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| REESE PALMER, Regional Director, and | ) | |
| SOUTH CAROLINA DEPARTMENT OF | ) | |
| SOCIAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the court is what Plaintiff has captioned "Motion for Expert Witnesses" (ECF No. 49). Because Plaintiff is proceeding pro se, all pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(e) and (g), DSC. In her motion, Plaintiff asks the court to allow her to name expert witnesses at a later date. She states, [a]t present, there are no names, addresses, and telephone numbers to submit to the court as expert witnesses, but may be at the time of trial." Reading Plaintiff's motion as a request for an extension of time to name an expert witness up to the date of trial, Defendants oppose the motion. In her Reply, Plaintiff asserts that she needs "ample time to gather the vital and correct information to submit to the court when received." However, she does not request a specific extension of time.

Plaintiff motion is **GRANTED** in part and Plaintiff has until **March 1, 2018**, to file and serve a document identifying by full name, address, and telephone number each person whom she expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has

been disclosed to other parties.  Because the extension of this deadline affects other deadlines in the

scheduling order, an amended scheduling order is entered herewith.

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

February 14, 2018
Florence, South Carolina